| | |
|---|---|
| MICHAEL J. BUTT,                )<br>           Plaintiff,            )<br>                                         )<br>    v.                                  )<br>                                         )<br>CAROLYN COLVIN[1], COMMISSIONER OF  )<br>SOCIAL SECURITY ADMINISTRATION,   )<br>                                         )<br>           Defendant.           )<br>_____) | Civil Action No.  2:12-CV-189 |

## REPORT AND RECOMMENDATION

This matter is before the Court on the Order referring the Motion for Attorney's Fees Under the Equal Access to Justice Act to the Magistrate for preparation of a Report and Recommendation. The court, noting the lack of response in opposition and finding the amount requested to be reasonable, hereby **RECOMMENDS** that the plaintiff's motion be **GRANTED** and that the plaintiff be awarded $9,978.83 in costs and fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This award shall satisfy all of the plaintiff's claims under EAJA. If counsel can verify that Butt owes no pre-existing debt subject to offset, the Commissioner should direct that the award be made payable to Butt's attorney in accordance with the signed EAJA assignment. *See **Astrue v. Ratliff***, 560 U.S. 586, 597, 130 S.Ct. 2521, 2528-2529, 177 L.Ed.2d 91 (2010).

ENTERED this 8th day of July, 2014

/s/ Andrew P. Rodovich
United States Magistrate Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Carolyn W. Colvin is automatically substituted for Michael J. Astrue as the named Defendant.